**STATE of Missouri, Plaintiff/Respondent,**

v.

**Laron A. WILLIAMS, Defendant/Appellant.**

**No. 57380.**

Missouri Court of Appeals, Eastern District, Division One.

Sept. 25, 1990.

Doris Gregory Black, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals his jury convictions of second degree burglary and stealing.

No jurisdictional purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).